

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerry Johns | Civil Action No. 13-cv-01934-MMA-KSC |
| Plaintiff, | |
| V. | |
| G. J. Janda, D. Hjerpe, and J. Zamora | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion to dismiss and dismisses Plaintiff's First Amended Complaint without prejudice for failure to exhaust his administrative remedies prior to filing this action.

Date:    2/7/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court
By:  s/  V. Mosqueda

V. Mosqueda, Deputy